UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS W. ROWSE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, a Delaware corporation,<br><br>　　　　Defendant. | NO. CV-05-348-RHW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Ct. Rec. 17). The parties represent to the Court that the Complaint in the above-captioned case is withdrawn and ask the Court to dismiss the action with prejudice and without fees or costs to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal With Prejudice (Ct. Rec. 17) is **GRANTED**.

2. The above-captioned case is dismissed with prejudice, and without fees or costs to any party.

///
///
///
///
///

**ORDER DISMISSING CASE WITH PREJUDICE** ~ 1

1 | **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2 | Order, to provide copies to counsel, and close the file.
3 |     **DATED** this 5th day of January, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CIVIL\2005\Rowse\dismiss.wpd

**ORDER DISMISSING CASE WITH PREJUDICE ~ 2**